United States District Court
Southern District of Texas
**ENTERED**
March 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE L. GALVEZ, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-00712 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| ARANDAS BAKERY | § | |
| NO. 3 INC, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the opinion and order entered this same day. Dkt 25.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on March 24, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge